UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:07CR71** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **TOMMY EARL MORROW** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment herein without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment herein is **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to defense counsel, the U.S. Probation Office, the U.S. Attorney's Office, and the U.S. Marshal's Office.

Signed: October 24, 2007

Lacy H. Thornburg
United States District Judge